Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
### *Northern District of Illinois*
### *Eastern Division*
### *219 S Dearborn*
### *7th Floor*
### *Chicago, IL 60604*

---

Bankruptcy Proceeding No.:  26−09354
Chapter:  7
Judge:  Michael B Slade

In Re:
   Ewa Lipczynski
   4421 Country Trial
   Gurnee, IL 60031

Social Security No.:
   xxx−xx−0133

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING ON DISMISSAL OF CASE

PLEASE TAKE NOTICE that a hearing will be held in:

Courtroom 642, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom

on July 15, 2026 at 11:00 AM

TO CONSIDER AND ACT UPON THE FOLLOWING: The dismissal of your case for failure to file required documents.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1−669−254−5252 or 1−646−828−7666. Then enter the meeting ID and passscode.

**Meeting ID and passcode.** The meeting ID for this hearing is 160 817 7512 and the passcode is 623389. The meeting ID and passcode can also be found on the judge's page on the court's web site: https://www.ilnb.uscourts.gov.

   **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

FOR THE COURT

Dated: June 17, 2026

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Ewa Lipczynski
4421 Country Trial
Gurnee, IL 60031
SSN: xxx−xx−0133 EIN: N.A.

Case No. :   26−09354
Chapter :   7
Judge :     Michael B Slade

## FINAL NOTICE OF DEFICIENCY AND
## HEARING ON DISMISSAL OF CASE

    Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed.

    The Clerk has determined that the 14−day deadline has passed in this case and you have failed to file or complete the following required documents or request an extension of time to do so:

· **Schedule A−B (Form 106A/B,206A/B).**
· **Schedule C (Form 106C).**
· **Schedule D (Form 106D,206D).**
· **Schedule E/F (Form 106E/F,206E/F).**
· **Schedule G (Form 106G,206G).**
· **Schedule H (Form 106H,206H).**
· **Schedule I (Form 106I).**
· **Schedule J (Form 106J).**
· **Statement of Financial Affairs (Form 107/207).**
· **Statement of Monthly Income (Form 122A−1/122A−1Supp).**

    Under 11 U.S.C. § 521(i) of the Bankruptcy Code, this case will be dismissed for failure to file the above documents within 45 days after the date of the filing of the petition. If you wish to prevent the dismissal of this case, you or your attorney must appear at the hearing in this matter on the date in the attached notice.

If you are represented by an attorney, please contact your attorney for guidance.

FOR THE COURT

Dated: June 17, 2026

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                                          Case No. 26-09354-MBS

Ewa Lipczynski                                                                                  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0752-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 17, 2026 | Form ID: ntchrgRq | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ewa Lipczynski, 4421 Country Trial, Gurnee, IL 60031-3459 |
| 32092131 | + | U.S. Bank Trust, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 333 West Wacker Drive Suite 1820, Chicago, IL 60606-1220 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32086850 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 17 2026 22:57:00 | Shellpoint, P O Box 650840, Dallas TX 75265-0840 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2026           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam G. Brief | Ustpregion11.es.ecf@usdoj.gov |
| Dana N O'Brien | on behalf of Creditor U.S. Bank Trust  National Association, not in its individual capacity, but solely as Owner Trustee for VRMTG Asset Trust dana.obrien@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Frank J Kokoszka | trustee@k-jlaw.com  ecf.alert+kokoszka@titlexi.com |

District/off: 0752-1                          User: admin                                    Page 2 of 2

Date Rcvd: Jun 17, 2026                      Form ID: ntchrgRq                              Total Noticed: 3

TOTAL: 3